O/JS-6/ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JEROME HALL, JR., | Case No. CV 12-5876 CAS (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| M.D. McDONALD, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: April 1, 2015

*/s/ Christina A. Snyder*

_____

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE